



**Outten & Golden LLP**
Jack A. Raisner (JR 6171)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**Nichols Kaster & Anderson, PLLP**
Donald H. Nichols, MN Bar No. 78918
(*pro hac vice* application forthcoming)
Paul J. Lukas, MN Bar No. 22084X
(*pro hac vice* application forthcoming)
Rachhana T. Srey, MN Bar No. 340133
(*pro hac vice* application forthcoming)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| William Lynch, individually and on behalf of other similarly situated employees, <br><br> Plaintiff, <br><br> vs. <br><br> United Services Automobile Association, <br><br> Defendant. | Case No. <br><br> **COLLECTIVE ACTION COMPLAINT** <br> **(JURY TRIAL DEMANDED)** |

For his Complaint against Defendant, Plaintiff by and through his attorneys state as follows:

### PRELIMINARY STATEMENT

1. Named Plaintiff William Lynch ("Lynch") brings this action for unpaid overtime wages on behalf of himself and all other similarly situated current and former employees in the position of special investigator, who Defendant United Services Automobile Association ("USAA") failed to pay overtime compensation in accordance with the Fair Labor Standards Act

("FLSA"). For at least three years prior to the filing of this Complaint, Defendant has willfully committed widespread violations of the FLSA by failing to pay these employees for overtime hours worked in excess of forty hours per week at a rate of one and one half times their regular rate of pay.

2. Named Plaintiff Lynch also seeks to recover unpaid overtime compensation on behalf of himself under New York Labor Laws.

## JURISDICTION

3. This Court has original jurisdiction to hear this Complaint and to adjudicate the claims stated herein under 28 U.S.C. § 1331, this action being brought under the Federal Fair Labor Standards Act, 29 U.S.C. § 201 et seq. This Court has supplemental jurisdiction over Plaintiff's state wage and hour claims, because those claims derive from a common nucleus of operative fact as Plaintiff's federal claims.

4. Venue is proper in the United States District Court, South District of New York pursuant to 28 U.S.C. § 1391, because a substantial part of the events giving rise to the claims occurred in this District.

## PARTIES

5. Plaintiff William Lynch resides at 23 Bluebird Drive, City of Congers, County of Rockland, State of New York. Plaintiff Lynch worked as a Special Investigator in New York, reporting to Defendant's Northeast Regional Branch office during the applicable statutory of period.

6. Defendant United Services Automobile Insurance is a foreign corporation with its principle place of business in San Antonio, Texas, and doing business in numerous locations

across the country including business in the State of New York. Defendant is an "employer" within the meaning of the FLSA, 29 U.S.C. § 203 (d).

7. Plaintiff and the similarly situated employees are individuals who were, or are, employed by Defendant as "special investigators" working on Defendant's insurance claims involving potentially questionable, suspect, or fraudulent activity.

### FIRST CLAIM FOR RELIEF
### FAIR LABOR STANDARDS ACT
### On Behalf of the Nationwide FLSA Collective

8. Plaintiff hereby incorporates paragraphs one through seven by reference hereto.

9. Plaintiff brings this action on behalf of himself and other similarly situated employees pursuant to 29 U.S.C. § 216(b). Plaintiff's written consent form is attached hereto as Exhibit A. Also attached are the written consent forms of additional similarly situated individuals who are interested in joining this case as opt-in plaintiffs.

10. The FLSA requires each covered employer such as Defendant to compensate all non-exempt employees at a rate of not less than one and one-half times the regular rate of pay for work performed in excess of forty hours per workweek.

11. During the statutory period, as Defendant's special investigators, Plaintiff and the similarly situated employees routinely worked in excess of forty (40) hours per week without overtime compensation.

12. This practice violates the provisions of the Federal Fair Labor Standards Act, 29 U.S.C. § 201 et seq., specifically § 207(a)(1). As a result, Plaintiff and the similarly situated employees suffered a loss of wages.

13 By failing to accurately record, report, and/or preserve records of hours worked by Plaintiff and the similarly situated employees, Defendant has failed to make, keep, and

preserve records with respect to each of its employees sufficient to determine their wages, hours, and other conditions and practice of employment, in violation of the FLSA, 29 U.S.C. § 201, et seq.

14  The foregoing conduct, as alleged, constitutes a willful violation of the FLSA, within the meaning of 29 U.S.C. § 255(a).

## SECOND CLAIM FOR RELIEF
## NEW YORK STATE LABOR LAW
### On Behalf of the Named Plaintiff William Lynch

15  Plaintiff hereby incorporates paragraphs one through fourteen by reference hereto.

16.  At all times relevant to this action, Plaintiff was employed by Defendant within the meaning of New York Labor Law, Article 19.

17.  By the course of conduct set forth above, Defendant has violated the New York Labor Law Article 19, §§ 650 et seq., and the supporting New York State Department of Labor Regulations, 12 N.Y.C.R.R. Part 142 ("New York Labor Law").

18.  New York Labor Law requires an employer, such as Defendant to pay overtime compensation to all non-exempt employees.

19.  Defendant has had a policy and practice of failing and refusing to pay proper overtime pay to Plaintiff for his hours worked.

20.  As a result of Defendant's failure to pay wages earned and due, and its decision to withhold wages earned and due to Plaintiff, Defendant has violated and continues to violate the New York Labor Law.

21.  Plaintiff seeks the amount of his underpayments based on Defendant's failure to pay wages at a rate of one and one half times his regular rate of pay for work performed in excess of forty per week, as provided by the New York Labor Law, and such other legal and

equitable relief from Defendant's unlawful and willful conduct as the Court deems just and proper.

22. Plaintiff seeks recovery of attorneys' fees and costs to be paid by Defendant as provided by the New York Labor Law.

## PRAYER FOR RELIEF

23. WHEREFORE, Plaintiff Lynch, on behalf of himself and all employees similarly situated who join in this action pray for the following relief:

   a. Designation of this action as a collective action on behalf of the nationwide FLSA collective class and prompt issuance of notice pursuant to 29 U.S.C. § 216(b) to all similarly situated members of the nationwide collective class apprising them of the pendency of this action, and permitting them to assert timely FLSA claims in this action by filing individual consent forms pursuant to 29 U.S.C. § 216(b);

   b. Judgment against Defendant for an amount equal to Plaintiff's and the putative class members' unpaid back wages at the applicable overtime rate;

   c. An equal amount to the overtime damages as liquidated damages;

   d. All costs and attorneys' fees incurred in prosecuting these claims;

   e. An award of prejudgment interest (to the extent liquidated damages are not awarded);

   f. Leave to add additional plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court;

   g. Leave to amend to add claims under applicable state laws; and

   h. For such further relief as the Court deems just and equitable.

24. WHEREFORE, Plaintiff Lynch, on behalf of himself, prays for relief as follows:

   a. Judgment against Defendant for an amount equal to Plaintiff's unpaid back wages at the applicable overtime rate;

   b. All costs and attorneys' fees incurred in prosecuting these claims;

   c. An award of prejudgment interest;

d.  An injunction and declaratory judgment that the practices complained of herein are unlawful under New York Law; and

e.  Such further relief as the Court deems just and equitable.

Dated: January 24, 2007

                                      **OUTTEN & GOLDEN LLP**

                                      Jack A. Raisner (JR 6171)
                                      3 Park Avenue, 29th Floor
                                      New York, New York 10016
                                      Telephone: (212) 245-1000

                                      **NICHOLS KASTER & ANDERSON, PLLP**
                                      Donald H. Nichols, MN Bar No. 78918
                                      (*pro hac vice* application forthcoming)
                                      Paul J. Lukas, MN Bar No. 22084X
                                      (*pro hac vice* application forthcoming)
                                      Rachhana T. Srey, MN Bar No. 340133
                                      (*pro hac vice* application forthcoming)
                                      4600 IDS Center, 80 South 8th Street
                                      Minneapolis, MN 55402
                                      Telephone (612) 256-3200
                                      Fax (612) 215-6870

                                      **ATTORNEYS FOR PLAINTIFF AND PUTATIVE CLASS**

# EXHIBIT A

Case 1:07-cv-00562-CM-KNF   Document 1   Filed 01/24/07   Page 7 of 17

# EXHIBIT A

Case 1:07-cv-00562-CM-KNF   Document 1   Filed 01/24/07   Page 7 of 17

## USAA (UNITED SERVICES AUTOMOBILE ASSOCIATION) PLAINTIFF CONSENT FORM

I hereby consent to join a lawsuit against USAA as a Plaintiff to assert claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and any applicable state laws. During my employment there were occasions when I worked over 40 hours per week for USAA as a special investigator and was not paid for all hours worked.

Print Name: WILLIAM LYNCH

Signature: *[signed]* William Lynch

Date: SEPT 25 2006

REDACTED

Mail or Fax to: Nichols Kaster Anderson, PLLP
Attn: Rachhana Srey
80 South 8th Street
Suite 4600
Minneapolis, MN 55402

Fax (attn: Rachhana):  (612) 215-6870
Toll Free Telephone:   (877) 448-0492

NKA000076

## USAA (UNITED SERVICES AUTOMOBILE ASSOCIATION) PLAINTIFF CONSENT FORM

I hereby consent to join a lawsuit against USAA as a Plaintiff to assert claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and any applicable state laws. During my employment there were occasions when I worked over 40 hours per week for USAA as a special investigator and was not paid for all hours worked.

**Andy McFeeley**

REDACTED

*Signature*

REDACTED

REDACTED

REDACTED

## USAA (UNITED SERVICES AUTOMOBILE ASSOCIATION) PLAINTIFF CONSENT FORM

I hereby consent to join a lawsuit against USAA as a Plaintiff to assert claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and any applicable state laws. During my employment there were occasions when I worked over 40 hours per week for USAA as a special investigator and was not paid for all hours worked.

_Stig Alan Larson_
Print Name

City         State         Zip

_[signature]_
Signature

9-28-06
Date

REDACTED

Mail or Fax to:   Nichols Kaster Anderson, PLLP
                 Attn: Rachhana Srey
                 80 South 8th Street
                 Suite 4600
                 Minneapolis, MN 55402

Fax (attn: Rachhana):   (612) 215-6870
Toll Free Telephone:    (877) 448-0492

NKA000066



## USAA (UNITED SERVICES AUTOMOBILE ASSOCIATION) PLAINTIFF CONSENT FORM

I hereby consent to join a lawsuit against USAA as a Plaintiff to assert claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and any applicable state laws. During my employment there were occasions when I worked over 40 hours per week for USAA as a special investigator and was not paid for all hours worked.

JUDITH D. BURCHAM
Print Name

REDACTED

*[signature]*
Signature

09-20-06
Date

REDACTED

Mail or Fax to:  Nichols Kaster Anderson, PLLP
Attn: Rachhana Srey
80 South 8th Street
Suite 4600
Minneapolis, MN 55402

Fax (attn: Rachhana):   (612) 215-6870
Toll Free Telephone:    (877) 448-0492



## USAA (UNITED SERVICES AUTOMOBILE ASSOCIATION) PLAINTIFF CONSENT FORM

I hereby consent to join a lawsuit against USAA as a Plaintiff to assert claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and any applicable state laws. During my employment there were occasions when I worked over 40 hours per week for USAA as a special investigator and was not paid for all hours worked.

LARRY A. PANgle
Print Name

REDACTED

City                                    State      Zip

[Signature]
Signature

9-20-06
Date

REDACTED

Mail or Fax to:   Nichols K
                  Attn: Rac
                  80 South
                  Suite 4600
                  Minneapolis, MN 55402

                  Fax (attn: Rachhana):   (612) 215-6870
                  Toll Free Telephone:    (877) 448-0492

NKA000091

## USAA (UNITED SERVICES AUTOMOBILE ASSOCIATION) PLAINTIFF CONSENT FORM

I hereby consent to join a lawsuit against USAA as a Plaintiff to assert claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and any applicable state laws. During my employment there were occasions when I worked over 40 hours per week for USAA as a special investigator and was not paid for all hours worked.

_Barbra Shearce McFedries_
**Print Name**

REDACTED

REDACTED

## USAA (UNITED SERVICES AUTOMOBILE ASSOCIATION) PLAINTIFF CONSENT FORM

I hereby consent to join a lawsuit against USAA as a Plaintiff to assert claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and any applicable state laws. During my employment there were occasions when I worked over 40 hours per week for USAA as a special investigator and was not paid for all hours worked.

ROBERT F. CLIFF
Print Name

REDACTED

*signature*
Signature

9-20-06
Date

REDACTED

Mail or Fax to:   Nichols Kaster Anderson, PLLP
Attn: Rachhana Srey
80 South 8th Street
Suite 4600
Minneapolis, MN 55402

Fax (attn: Rachhana):   (612) 215-6870
Toll Free Telephone:    (877) 448-0492



# USAA (UNITED SERVICES AUTOMOBILE ASSOCIATION)
# PLAINTIFF CONSENT FORM

I hereby consent to join a lawsuit against USAA as a Plaintiff to assert claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and any applicable state laws. During my employment there were occasions when I worked over 40 hours per week for USAA as a special investigator and was not paid for all hours worked.

DENNIS ULICK
Print Name

REDACTED

City                State    Zip

*[signature]*
Signature

9-24-06
Date

REDACTED

Mail or Fax to:   Nichols Kaster Anderson, PLLP
                  Attn: Rachhana Srey
                  80 South 8th Street
                  Suite 4600
                  Minneapolis, MN 55402

                  Fax (attn: Rachhana):   (612) 215-6870
                  Toll Free Telephone:    (877) 448-0492

NKA000077

## USAA (UNITED SERVICES AUTOMOBILE ASSOCIATION) PLAINTIFF CONSENT FORM

I hereby consent to join a lawsuit against USAA as a Plaintiff to assert claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and any applicable state laws. During my employment there were occasions when I worked over 40 hours per week for USAA as a special investigator and was not paid for all hours worked.

Name: Robert A. DeGroot

REDACTED

*If any of the information has changed, please update at left.*
**COMPLETION OF ALL FIELDS IS NECESSARY**

Robert A. DeGroot
Signature

11-20-06
Date

REDACTED

Mail or Fax to:   Fax: (612) 215-6870
Nichols Kaster Anderson, PLLP
Attn: Rachhana Srey
80 South 8th Street, Suite 4600, Minneapolis, MN 55402
Toll Free Telephone: (877) 448-0492

# USAA (UNITED SERVICES AUTOMOBILE ASSOCIATION) PLAINTIFF CONSENT FORM

I hereby consent to join a lawsuit against USAA as a Plaintiff to assert claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and any applicable state laws. During my employment there were occasions when I worked over 40 hours per week for USAA as a special investigator and was not paid for all hours worked.

_Jon A Willis_
Print Name

REDACTED

City

_[signature]_
Signature

_9/19/2006_
Date

REDACTED

Mail or Fax to:   Nichols Kaster Anderson, PLLP
                  Attn: Rachhana Srey
                  80 South 8th Street
                  Suite 4600
                  Minneapolis, MN 55402

                  Fax (attn: Rachhana):  (612) 215-6870
                  Toll Free Telephone:   (877) 448-0492

NKA000084