*M. MAHON; J.*

**LITTLER MENDELSON, P.C.**
One Gateway Center
Eighth Floor
Newark, NJ  07102.5311
973.848.4700

Counsel for Defendant
UNITED SERVICES AUTOMOBILE ASSOCIATION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2|15|08

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO. 07 CV 562 *(CM)*

WILLIAM LYNCH, ANDREW McFEELEY, JUDITH
BURCHAM, LARRY PANGLE, JON WILLIS, ROBERT
CLIFF, DENNIS ULICK, STIG LARSON, ROBERT
DEGROOT, Sr., BARBARA McFEDRIES, TERRY JOHNSTON
GENE DROZD, DAN KING, JERRY RICHARDSON, MICHAEL
GATES, FRANK BARKOWSKI, RICHARD BURTON, EDWARD
CANIPELLI, JR., COLLEEN SLAUGHTER, RONALD TUCKER
FELIX ARROYO, MICHELLE DAVENPORT, DAVID ARAUJO,
CALENE WILLIAMS,  DON ANDERSON, and on behalf
of similarly situated employees,

       Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION,

       Defendant.

_____/

### ORDER ON JOINT MOTION FOR APPROVAL OF FINAL SETTLEMENT
### AND DISMISSAL

AND NOW, THIS 15th DAY OF February , 2008, upon consideration of

the parties' Joint Motion for Approval of Final Settlement and Dismissal, and having reviewed

the Stipulation for Settlement and its exhibits, and for good cause shown, it is **ORDERED,**

**ADJUDGED,** and **DECREED** that:

1.    The Stipulation for Settlement:  (a) is fair to all settling parties; (b) reasonably resolves a *bona fide* disagreement between the settling parties with regard to the merits of the claims asserted by the settling plaintiffs; and (c) demonstrates a good faith intention by the parties that the settling plaintiffs' claims be fully and finally resolved, and not re-litigated in whole or in part any point in the future.  The Stipulation for Settlement is therefore **APPROVED** by the Court.

2.    The claims alleged by the settling plaintiffs, William Lynch, Andrew McFeeley, Judith Burcham, Larry Pangle, Jon Willis, Robert Cliff, Dennis Ulick, Stig Larson, Robert DeGroot, Sr., Barbara McFedries, Terry Johnston, Gene Drozd, Dan King, Jerry Richardson, Michael Gates, Frank Barkowski, Richard Burton, Colleen Slaughter, Ronald Tucker, Felix Arroyo, Michelle Davenport, David Araujo, and Don Anderson, are hereby **DISMISSED WITH PREJUDICE.**

3.    The claims alleged by plaintiffs Edward Canipelli, Jr., and Calene Williams are dismissed **WITHOUT PREJUDICE.**

4.    All parties shall bear his/her/its own costs and attorney's fees except as otherwise provided in the Stipulation for Settlement.

**SO ORDERED.**

BY THE COURT:

DISTRICT COURT JUDGE

2-15 - 2008

**LITTLER MENDELSON, P.C.**
One Gateway Center
Eighth Floor
Newark, NJ  07102.5311
973.848.4700

Counsel for Defendant
UNITED SERVICES AUTOMOBILE ASSOCIATION

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO. 07 CV 562  (CM)

WILLIAM LYNCH, ANDREW McFEELEY, JUDITH
BURCHAM, LARRY PANGLE, JON WILLIS, ROBERT
CLIFF, DENNIS ULICK, STIG LARSON, ROBERT
DEGROOT, Sr., BARBARA McFEDRIES, TERRY JOHNSTON
GENE DROZD, DAN KING, JERRY RICHARDSON, MICHAEL
GATES, FRANK BARKOWSKI, RICHARD BURTON, EDWARD
CANIPELLI, JR., COLLEEN SLAUGHTER, RONALD TUCKER
FELIX ARROYO, MICHELLE DAVENPORT, DAVID ARAUJO,
CALENE WILLIAMS,  DON ANDERSON, and on behalf
of similarly situated employees,

        Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION,

        Defendant.

_____/

### JOINT MOTION FOR APPROVAL OF FINAL SETTLEMENT
### AND DISMISSAL

The parties hereby move the Court for approval of the Stipulation for Settlement and

Dismissal ("the Stipulation") in the above-referenced matter.

This Motion is based upon the Stipulation and referenced Exhibit filed with this Motion,

and all the files, records, and proceedings herein.  The parties agree that the settlement set forth

in the Stipulation is fair and reasonable, and that no hearing before the Court is requested.

THEREFORE, in accordance with the terms of the Stipulation, the parties hereby request that the Court enter an Order as follows:

1.    Approving the settlement reached between Defendant United Services Automobile Association ("USAA") and Plaintiffs William Lynch, Andrew McFeeley, Judith Burcham, Larry Pangle, Jon Willis, Robert Cliff, Dennis Ulick, Stig Larson, Robert DeGroot, Sr., Barbara McFedries, Terry Johnston, Gene Drozd, Dan King, Jerry Richardson, Michael Gates, Frank Barkowski, Richard Burton, Colleen Slaughter, Ronald Tucker, Felix Arroyo, Michelle Davenport, David Araujo, and Don Anderson ("the Settling Plaintiffs") as fair and reasonable;

2.    Dismissing the claims alleged by the Settling Plaintiffs **WITH PREJUDICE**; and

3.    Dismissing the claims alleged by Plaintiffs Edward Canipelli, Jr., and Calene Williams **WITHOUT PREJUDICE.**

Date: February 11, 2008

Donald H. Nichols (MN 78918)
*Admitted pro hac vice*
Paul J. Lukas (MN 22084X)
*Admitted pro hac vice*
Matthew H. Morgan (MN 304657)
*Admitted pro hac vice*
**NICHOLS KASTER & ANDERSON, PLLP**
80 South 8ᵗʰ Street, Suite 4600
Minneapolis, Minnesota 55402
Telephone: 612.256.3200
Facsimile: 612.215.6870

2

**OUTTEN & GOLDEN LLP**
Jack A. Raisner (JR 6171)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212.245.1000

**ATTORNEYS FOR PLAINTIFFS**

Date: February 11, 2008

Andrew J. Voss (MN 241556)
*Admitted pro hac vice*
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: 612.630.1000
Facsimile: 612.630.9626

**LITTLER MENDELSON, P.C.**
Lisa A. Schreter (GA 629852)
*Admitted pro hac vice*
3348 Peachtree Road, N.E.
Suite 1100
Atlanta, Georgia 30326-1008
Telephone: 404.233.0330

**LITTLER MENDELSON, P.C.**
William P. McLane
One Gateway Center
Eighth Floor
Newark, New Jersey 07102-5311
Telephone: 973.848.4700

**ATTORNEYS FOR DEFENDANT
UNITED SERVICES AUTOMOBILE
ASSOCIATION**

Firmwide:84085427.1 026979.2008